**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FRANK C. JOHNSON, JR,
RUTH B. JOHNSON,

    Plaintiffs,

v.                                      CASE NO. 1:11cv177-MP-GRJ

P. ROISER, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 1, 2011. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion to proceed *in forma pauperis* (doc. 1) is DENIED.

    3.    This cause is DISMISSED, and all other pending motions are DENIED as moot.

4. The Clerk is directed not to accept any further motions for filing in this case and to refuse any case opening filings from plaintiffs without full payment of the filing fee in advance.

**DONE and ORDERED** this 23rd day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**